UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
BRIAN VANORE,                        :
:
       Plaintiff,               :
:  Civil Action No. 14-373 (FLW)
  -v-                                  :
:  **ORDER ADOPTING THE REPORT**
NARRAGANSETT BAY INSURANCE           :  **AND RECOMMENDATION OF THE**
COMPANY,                             :  **MAGISTRATE JUDGE**
:
       Defendant.               :
_____:

    **THIS MATTER** having come before the Court on the Report and Recommendation of the the Magistrate Judge, filed on September 12, 2014 with regard to the motion to dismiss filed by Defendant, Narragansett Bay Insurance Company ("Defendant"); and the Court having received no objections pursuant to L. Civ. R. 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

    **IT IS** on this 3rd day of October, 2014,

    **ORDERED** that the Report and Recommendation of the Magistrate Judge filed on September 12, 2014 is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; accordingly it is further

    **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as set forth in the Report and Recommendation.

                                      /s/ Freda L. Wolfson
                                      Freda L. Wolfson
                                      United States District Judge